Plaintiff
Llyal Gordon
2219 East Spring Street
Tucson, Arizona



UNITED STATES DISTRICT COURT
DISTRICT ARIZONA

| | |
|---|---|
| Llyal Gordon, | CASE NUMBER: CV12-580-TucLAB |
| Plaintiff, | ~~COMMON LAW ACTION~~ |
| v. | |
| TIMOTHY GEITHNER, | |
| ALLEN MORGAN, | SWORN STATEMENT |
| MICHAEL ASTRUE, | |
| Defendants | |

// COURT CLERK ERIK PALTROW REPRESENTED THAT I
// MUST PAY A $350.00 FILING FEE FOR A "CIVIL ACTION,
// SUIT, OR PROCEEDING" IN ORDER TO HAVE MY SUMMONS
// STAMPED AT TIME OF FILING OF MY COMMON LAW ACTION.
//

// I FILED A COMMON LAW ACTION AND I DO NOT CONSENT
// THIS COMMON ACTION TO PROCEED ACCORDING TO CIVIL LAW.

//
   I PAY THIS FEE UNDER DURESS.
//

// I SOLEMNLY AFFIRM THAT THE ABOVE IS TRUE AND CORRECT.
//
//   [signature: SEAL LLYAL GORDON]

**SEAL**
Llyal Gordon
One of the People
Sovereign
Born 1969

1 AUGUST 2012