Plaintiff
Llyal Gordon
2219 East Spring Street
Tucson, Arizona



UNITED STATES DISTRICT COURT
DISTRICT ARIZONA

Llyal Gordon,

    Plaintiff,

v.

TIMOTHY GEITHNER,
ALLEN MORGAN,
MICHAEL ASTRUE,

    Defendants

CASE NUMBER: CIV12-580

EXHIBIT A11

1

**EXHIBIT** A/1



IRS USE ONLY

| | |
|---|---|
| Department of the Treasury<br>**Internal Revenue Service**<br>Austin, TX 73301-0010 | **For assistance, call:**<br>1-800-829-0922<br>**Your Caller ID:** 353458<br>**Notice Number:** CP15<br>**Date:** August 27, 2012 |

**Taxpayer Identification Number:**
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
**Tax Form:** CVL PEN
**Tax Year:** December 31, 2007

004197.101990.0013.001 1 MB 0.404 864



LLYAL I GORDON
2219 E SPRING ST
TUCSON   AZ   85719-3432

004197

## Notice Of Penalty Charge                                666

You have been charged a penalty under Section 6702(a) of the Internal Revenue Code for Civil Penalty for Frivolous Tax Returns.

### Tax Statement

| | |
|---|---|
| Prior Balance | $30,000.00 |
| Penalty Assessment | $5,000.00 |
| Interest Charged | $1,044.17 |
| Bad Check Penalty | $.00 |
| Balance Due | $36,044.17 |

We charged you a penalty under IRC section 6702(a) for filing a frivolous tax return. The penalty applies when a person files what purports to be a return but-

A. 1. fails to include information on which the substantial correctness of the self-assessment may be judged or
2. includes information that on its face indicates that the self-assessment is substantially incorrect and

B. 1. the penalty applies when the underlying conduct in relation to filing such return is based on a position that the Internal Revenue Service has identified as frivolous (see Notice 2007-30) or
2. the underlying conduct reflects a desire to delay or impede the administration of Federal tax laws.

The penalty is $5,000 for each person who files a frivolous tax return.

If you wish to contest the assertion of this penalty, you must fully pay the entire penalty and file a claim for refund with the IRS within three years from the time a return associated with the penalty was filed or two years from the date the penalty was paid, whichever period expires later.