Plaintiff
Llyal Gordon
2219 East Spring Street
Tucson, Arizona



UNITED STATES DISTRICT COURT
DISTRICT ARIZONA

Llyal Gordon,

    Plaintiff,

v.

TIMOTHY GEITHNER,
ALLEN MORGAN,
MICHAEL ASTRUE,

    Defendants

CASE NUMBER: CIV12-580

COURT ORDER

THE COURT, on its own motion, having considered the court record and docket, and finding good cause, issues the following order.

IT IS HEREBY ORDERED:

No magistrate, judge, court clerk, or other judicial officer, or other court officer, of whatever kind, acting in this Court, will issue or have to be issued, either directly or indirectly, a court order, or otherwise act in tribunal capacity, except by explicit consent from the Plaintiff of the Court.

This order will remain in effect for the duration of this common-law action.

Clerk of Court is to give copy of this order to all court officers who serve in Plaintiff's Court.

Court officers and case parties may, no later than 10 days from the date of this order, show cause in writing why this order should not take effect or should be modified.

1

A copy of a certified copy of this court order will be as valid as the original.

THIS ORDER IS NOT A MOTION OR MOVING PAPER, but an order from the court of record of Llyal Gordon, one of the People of Arizona.

In the good name of the People of Arizona,

IT IS SO ORDERED.

13 SEP 2012

SEAL

Llyal Gordon

SEAL
Llyal Gordon
One of the People
Sovereign
Born 1969