Plaintiff
Llyal Gordon
2219 East Spring Street
Tucson, Arizona



UNITED STATES DISTRICT COURT
DISTRICT ARIZONA

Llyal Gordon,

    Plaintiff,

v.

TIMOTHY GEITHNER,
ALLEN MORGAN,
MICHAEL ASTRUE,

    Defendants

CASE NUMBER: CIV12-580

COMMON-LAW NOTICE

To __RANER COLLINS__ and your agents and principles,

This is common-law notice. You are serving as an officer of justice in Plaintiff's court of record. You are charged with knowledge of the court record and of the court orders filed in it. Attached is copy of court order prohibiting officers of justice from doing certain acts. It is being provided to you as a courtesy. This court order is intended to apply to all officers of justice. If you have made error by violating this or other court orders issued from the court of record of Llyal Gordon, one of the People of Arizona, you are directed to remedy immediately to avoid being in contempt of court and violation of the law. I do not wish to, and should not have to, issue a writ of error. It is my wish that officers of justice obey the rule of law and sustain the integrity of this court of record for the duration of this common-law action.

20 Nov 2012

SEAL

Llyal Gordon

SEAL
Llyal Gordon
One of the People
Sovereign
Born 1969

1

Plaintiff
Llyal Gordon
2219 East Spring Street
Tucson, Arizona



## UNITED STATES DISTRICT COURT
## DISTRICT ARIZONA

| | |
|---|---|
| Llyal Gordon, <br><br>     Plaintiff, <br> v. <br><br> TIMOTHY GEITHNER, <br> ALLEN MORGAN, <br> MICHAEL ASTRUE, <br><br>     Defendants | CASE NUMBER: CIV12-580 <br><br> COURT ORDER |

THE COURT, on its own motion, having considered the court record and docket, and finding good cause, issues the following order.

IT IS HEREBY ORDERED:

No magistrate, judge, court clerk, or other judicial officer, or other court officer, of whatever kind, acting in this Court, will issue or have to be issued, either directly or indirectly, a court order, or otherwise act in tribunal capacity, except by explicit consent from the Plaintiff of the Court.

This order will remain in effect for the duration of this common-law action.

Clerk of Court is to give copy of this order to all court officers who serve in Plaintiff's Court.

Court officers and case parties may, no later than 10 days from the date of this order, show cause in writing why this order should not take effect or should be modified.

1

A copy of a certified copy of this court order will be as valid as the original.

THIS ORDER IS NOT A MOTION OR MOVING PAPER, but an order from the court of record of Llyal Gordon, one of the People of Arizona.

In the good name of the People of Arizona,

IT IS SO ORDERED.    13 SEP 2012

*[signature]*

SEAL

Llyal Gordon

**SEAL**
**Llyal Gordon**
**One of the People**
**Sovereign**
**Born 1969**