Plaintiff
Llyal Gordon
2219 East Spring Street
Tucson, Arizona



UNITED STATES DISTRICT COURT
DISTRICT ARIZONA

| | |
|---|---|
| Llyal Gordon, | CASE NUMBER: CIV12-580 |
| Plaintiff, | COURT ORDER |
| v. | |
| TIMOTHY GEITHNER, ALLEN MORGAN, MICHAEL ASTRUE, | |
| Defendants | |

THE COURT, on its own motion and finding good cause, issues the following order.

IT IS HEREBY ORDERED:

United States district judge Jennifer Zipps is assigned to serve as common-law magistrate in this court of record for this common-law action. Plaintiff's court of record has the authority under common-law to assign judges independently of the clerk of court.

United States magistrate judge Leslie Bowman, whose assignment was not authorized and who is not qualified to serve as common-law magistrate as per court order filed September 13, 2012 (EXHIBIT 1), is relieved from service in Plaintiff's court of record.

United States judge Raner Collins is relieved from service in Plaintiff's court of record.

No other judge or magistrate judge is authorized to serve in Plaintiff's court of record.

1

Clerk of court is to update his and associate records to reflect these changes, and to inform his agents and principles and other relevant parties of the changes.

This order will remain in effect for the duration of this common-law action.

THIS ORDER IS NOT A MOTION OR MOVING PAPER, but an order from the court of record of Llyal Gordon, one of the People of Arizona.

In the good name of the People of Arizona,

IT IS SO ORDERED.    10 DEC 2012

*[signature]*

SEAL

Llyal Gordon

```
SEAL
Llyal Gordon
One of the People
Sovereign
Born 1969
```

2

EXHIBIT _1_