Plaintiff
Llyal Gordon
2219 East Spring Street
Tucson, Arizona



# UNITED STATES DISTRICT COURT
## DISTRICT ARIZONA

Llyal Gordon,

    Plaintiff,

v.

TIMOTHY GEITHNER,
ALLEN MORGAN,
MICHAEL ASTRUE,

    Defendants

CASE NUMBER: CIV12-580

EXHIBIT A14

1

SWORN STATEMENT

I, Mario Bonaparte, declare as follows:

On June 23 2012 I served Notice and Demand for Llyal Gordon to Allen Morgan by enclosing the documents in a sealed envelope addressed to Allen Morgan, Internal Revenue Service, 300 West Congress, MS: 5116 - TUC/1609, Tucson, AZ 85701-1371, and depositing the sealed envelope with USPS with service fully prepaid.

On June 26 2012 I served Notice and Demand for Llyal Gordon to an agent of Allen Morgan at his place of business at 300 West Congress, Tucson, Arizona. This agent identified herself as Tammie Senn. This agent informed me that my earlier mail serving of the Notice and Demand had been received.

On or around August 7 2012 I attempted to serve Writ of Summons and First Amended Common Law Action for Llyal Gordon to Allen Morgan at his place of business at 300 West Congress, Tucson, Arizona.

I met with Allen Morgan and stated I was serving documents. Allen Morgan refused to take documents. I asked if he was refusing service. Allen Morgan said he was refusing service.

On August 9th 2012 I served Writ of Summons and First Amended Common Law Action for Llyal Gordon to Allen Morgan by enclosing the documents in a sealed envelope addressed to Allen Morgan, Internal Revenue Service, 300 West Congress, MS: 5116 - TUC/1609, Tucson, AZ 85701-1371, and depositing the sealed envelope with FEDEX with service fully prepaid.

I solemnly affirm that the foregoing is true and correct.

Jan 18th 2013

Mario Bonaparte